No. 04–9351.   McBROOM *v.* TECHNEGLAS, INC., ET AL.   Ct. App. Ohio, Franklin County.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 65, Orig.   TEXAS *v.* NEW MEXICO.   Motion of the River Master for fees and expenses granted, and the River Master is awarded a total of $2,712 for the period January 1 through March 31, 2005, to be paid equally by the parties.   [For earlier order herein, see, *e. g.*, 543 U. S. 805.]

No. 03–9168.   SHEPARD *v.* UNITED STATES, *ante*, p. 13.   Motion of counsel for petitioner for excess compensation denied.

No. 03–10198.   HALBERT *v.* MICHIGAN.   Ct. App. Mich.   [Certiorari granted, 543 U. S. 1042.]   Motion of petitioner for leave to file supplemental brief after argument granted.

No. 04–9939.   IN RE LASEUR;

No. 04–9961.   IN RE PRICE;

No. 04–9981.   IN RE SCHEPIS; and

No. 04–10000.   IN RE ADAMS.   Petitions for writs of habeas corpus denied.

No. 04–9441.   IN RE SHEA.   Petition for writ of mandamus denied.

No. 04–9379.   IN RE WRIGHT.   Petition for writ of mandamus and/or prohibition denied.